UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MANUEL SANCHEZ,<br> Plaintiff,<br>v.<br>ANDREW SAUL,<br>Commissioner of Social Security,<br> Defendant. | No. 5:21-cv-00355-MRW<br><br>JUDGMENT |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: May 13, 2021

HON. MICHAEL R. WILNER
United States Magistrate Judge

-1-