LAW OFFICES OF BILL LATOUR
JESSICA WARREN [CSBN: 257274]
 1420 E. Cooley Dr., Suite 100
 Colton, California 92324
 Telephone: (909) 796-4560
 Facsimile: (909) 796-3402
 E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MANUEL SANCHEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>    Defendant. | No. EDCV 21-00355 MRW<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND FOUR HUNDRED SIXTY-ONE DOLLARS AND 00/100 ($1,460.00) subject to the terms of the stipulation.

DATE: May 26, 2021

HON. MICHAEL R. WILNER,
UNITED STATES MAGISTRATE JUDGE